United States District Court
For the District of Columbia

*[handwritten annotation: Movants file granted subject to order. Judge Kollar-Kotelly April 12, 2010]*

G2 PRODUCTIONS, LLC,

   Plaintiff

   V.                                        Civil Action No. 1:10-cv-00041-CKK

John Does 1-83

   Defendants,

Notice of and Motion by John/Jane Doe to Proceed under Pseudonym

(March 29, 2010)

PLEASE TAKE NOTICE that the Court will hear Defendants John and/or Jane doe's ("Does") Motion, pursuant to quash a subpoena issued to Comcast Communication, Inc. on March 30, 2010 before the Honorable Colleen Kollar-Kotelly of the United States District Judge. ..

Good cause exists to quash the subpoena in that accompanying letter provided by the Comcast Communications provided does not have correct IP address as indicated on the accompanying original complaint from the plaintiff in obtaining the true identity of the Does.

This motion is based upon this Notice of Motion, the attached Memorandum of Points, on all papers and records on file herein.

Respectfully Submitted

Dated: March 29, 2010

                                                Signed _/s/ Jane Doe_

                                                     Jane Doe

Copy faxed to                       My true information has been attached to page 2

Comcast Communications, Inc.

866-947-8572 Tel

866-947-5587 Fax

United States District Court

For the District of Columbia

G2 PRODUCTIONS, LLC,

    Plaintiff,

    V.                                                          Civil Action No. 1:10-cv-00041-CKK

John Does 1-83

Defendants,

## Motion to Quash/Vacate Subpoena

(March 29, 2010)

In Accordance with the accompanying letter from Comcast Cable Communications on this 29th day of March 29, 2010, here by

Request the motion to quash the subpoena that defendant Jane Doe's information not be released to plaintiff's attorney on the basis of incorrect information as attached.

Request the motion to quash/vacate on the premises of attached letter's IP (Internet Protocol) address listed on the accompanying letter from Comcast Communication does not match any of the accompanying court document (exhibit A).

Respectfully Submitted

Date: 03/29/2010

Signed _____

        Jane Doe

Copy faxed to Comcast Communications, Inc.

866-947-8572 Tel

866-947-5587 Fax



NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

March 9, 2010

*Personal and Confidential*

*Via overnight carrier*



  Re: *G2 Productions, LLC v. Does 1-83*
     United States District Court for the District of Columbia
     Docket No. 1:10-cv-00041-CKK
     Complaints Filed: February 19, 2010
     Order Entered: January 21, 2010
     Comcast File #: 152237

Dear ,

  G2 Productions has filed several lawsuits in the United States District Court for the District of Columbia. You have been sued in one of these lawsuits for allegedly infringing G2 Productions copyrights on the Internet by uploading and/or downloading movies using a computer assigned the Internet Protocol address 76.25.32.165 on 11/21/2009 at 02:05:21 GMT. The Court has ordered Comcast to supply your name and address and other information to G2 Productions in the lawsuits referenced above as requested in the accompanying subpoena. Your case has been assigned Docket Number 1:10-cv-00041-CKK by the Court. If you have any questions about the lawsuit, you should consult an attorney immediately.

  Comcast will provide your name and address and possibly certain other information as directed in the Order unless you or your attorney file a motion to quash or vacate the subpoena <u>by no later than March 30, 2010</u>. If you make this filing, you must notify Comcast in writing with a copy of the filing by sending it by fax to 866-947-5587 <u>by no later than March 30, 2010</u>. If you do not file a motion to quash or vacate the subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name and address and possibly certain other information as directed in the Order.

  If you have any questions, you may contact us at (866) 947-8572.

                Sincerely yours,
                Comcast Legal Response Center

Attachments: Copy of Court Order and accompanying Subpoena regarding civil action

# Exhibit A

10 0041
FILED
JAN - 2010
Clerk, U.S. District and
Bankruptcy Courts

Exhibit A

| Defendant | Host IP address | Date Time (local) | P2P Client | ISP |
|---|---|---|---|---|
| Doe 1 | 76.212.13.127 | 12/14/09 12:26:36 AM | æTorrent 1.8.5.0 | SBC Internet Services |
| Doe 2 | 99.20.81.220 | 12/13/09 01:26:07 AM | BitTorrent 6.3.0 | SBC Internet Services |
| Doe 3 | 71.154.207.45 | 12/13/09 11:22:20 AM | æTorrent 1.8.2.0 | SBC Internet Services |
| Doe 4 | 99.31.159.148 | 8/12/09 12:12:28 AM | Azureus 4.3.0.4 | SBC Internet Services |
| Doe 5 | 76.241.99.46 | 6/12/09 12:47:02 AM | æTorrent 1.8.4.0 | SBC Internet Services |
| Doe 6 | 70.231.254.221 | 6/12/09 07:18:27 AM | libtorrent 0.21.0.0 | SBC Internet Services |
| Doe 7 | 99.133.184.234 | 5/12/09 07:41:19 AM | Azureus 4.3.0.4 | SBC Internet Services |
| Doe 8 | 75.46.71.88 | 11/30/09 05:19:12 AM | BitTorrent 6.2.0 | SBC Internet Services |
| Doe 9 | 70.231.225.62 | 11/29/09 07:25:35 PM | libtorrent 0.21.0.0 | SBC Internet Services |
| Doe 10 | 69.212.38.40 | 11/26/09 01:51:39 AM | Azureus 4.3.0.4 | SBC Internet Services |
| Doe 11 | 99.21.169.94 | 11/25/09 01:07:58 AM | Azureus 4.3.0.0 | SBC Internet Services |
| Doe 12 | 75.46.92.222 | 11/24/09 12:32:58 AM | BitTorrent 6.2.0 | SBC Internet Services |
| Doe 13 | 64.216.48.76 | 11/22/09 05:42:50 AM | BitTorrent 6.3.0 | SBC Internet Services |
| Doe 14 | 69.212.38.40 | 11/20/09 01:04:19 AM | Azureus 4.3.0.0 | SBC Internet Services |
| Doe 15 | 99.157.202.150 | 11/18/09 12:02:33 AM | æTorrent 2.0.0.18 | SBC Internet Services |
| Doe 16 | 75.45.235.233 | 11/17/09 09:00:23 PM | æTorrent 1.8.4.0 | SBC Internet Services |
| Doe 17 | 75.45.227.224 | 11/16/09 12:12:45 AM | æTorrent 1.8.4.0 | SBC Internet Services |
| Doe 18 | 69.212.38.40 | 11/15/09 06:53:31 AM | Azureus 4.2.0 8 | SBC Internet Services |
| Doe 19 | 70.226.214.114 | 11/14/09 06:49:32 PM | æTorrent 1.8.4.0 | SBC Internet Services |
| Doe 20 | 99.24.206.65 | 12/11/09 02:25:29 AM | Azureus 4.2.0 8 | SBC Internet Services |
| Doe 21 | 99.8.53.88 | 12/11/09 05:26:33 AM | æTorrent 1.6.1 0 | SBC Internet Services |
| Doe 22 | 69.230.181.44 | 11/11/09 03:11.38 AM | æTorrent 1.8 5 0 | SBC Internet Services |
| Doe 23 | 99.133.184.234 | 11/11/09 03:39:50 AM | Azureus 4.2.0 8 | SBC Internet Services |
| Doe 24 | 76.193.183.216 | 11/11/09 02:23.24 AM | æTorrent 1.8.4.0 | SBC Internet Services |
| Doe 25 | 99.133.184.234 | 11/11/09 01:57:38 AM | Azureus 4.2.0.8 | SBC Internet Services |
| Doe 26 | 76.193.183.216 | 11/11/09 05:19:00 AM | æTorrent 1.8.4.0 | SBC Internet Services |
| Doe 27 | 71.128.199.71 | 11/11/09 06:52:27 AM | æTorrent 1.8.2.0 | SBC Internet Services |
| Doe 28 | 99.20.81.220 | 10/11/09 07:47:10 PM | BitTorrent 6.3.0 | SBC Internet Services |
| Doe 29 | 69.230.181.44 | 10/11/09 09:03:59 PM | æTorrent 1.8.5.0 | SBC Internet Services |
| Doe 30 | 99.8.53.88 | 10/11/09 09:38:37 PM | æTorrent 1.6.1.0 | SBC Internet Services |
| Doe 31 | 99.32.163.66 | 12/15/09 05:42:52 PM | æTorrent 1.8.3.0 | SBC Internet Services |
| Doe 32 | 71.128.194.172 | 12/17/09 02:07:23 AM | æTorrent 1 8.2.0 | SBC Internet Services |
| Doe 33 | 99.60.111.103 | 12/17/09 08:32:32 PM | æTorrent 1.8.0.18 | SBC Internet Services |
| Doe 34 | 75.85.178.135 | 12/13/09 02:09:38 AM | æTorrent 1.8.4.0 | Road Runner |
| Doe 35 | 97.97.94.104 | 11/12/09 01:16:27 AM | BitTorrent 6.3.0 | Road Runner |
| Doe 36 | 71.68.112.53 | 8/12/09 12:00:09 AM | æTorrent 2.0.0.18 | Road Runner |
| Doe 37 | 24.167.113.77 | 3/12/09 02:02:15 PM | æTorrent 1.8.4.0 | Road Runner |
| Doe 38 | 24.31.212.156 | 1/12/09 08:56:12 PM | æTorrent 1.8.4.0 | Road Runner |
| Doe 39 | 76.189.144.41 | 11/27/09 11:54:33 AM | æTorrent 1.8.3.0 | Road Runner |
| Doe 40 | 68.205.203.5 | 11/23/09 03:51:28 AM | æTorrent 1.8.4.0 | Road Runner |
| Doe 41 | 67.49.82.202 | 11/21/09 04:45:11 AM | BitComet 0.1.1.3 | Road Runner |
| Doe 42 | 65.25.149.113 | 11/16/09 03:41:08 AM | BitComet 0.1.1.6 | Road Runner |
| Doe 43 | 71.71.43.158 | 11/14/09 12:13:58 AM | æTorrent 1.8.4.0 | Road Runner |
| Doe 44 | 76.89.194.148 | 11/14/09 04:37:15 AM | Azureus 4.2.0.8 | Road Runner |
| Doe 45 | 76.174.5.217 | 11/13/09 02:01:37 AM | BitTorrent 6.2.0 | Road Runner |
| Doe 46 | 67.8.23.134 | 11/13/09 04:24:32 AM | æTorrent 1.8.4.0 | Road Runner |

| Doe 47 | 75.183.20.236 | 11/11/09 01:39.24 AM | Transmission 1.5.2.0 | Road Runner |
| --- | --- | --- | --- | --- |
| Doe 48 | 24.92.222.137 | 10/11/09 07:47:30 PM | BitComet 0.1.1.4 | Road Runner |
| Doe 49 | 67.174.116.217 | 12/14/09 02:01:15 AM | æTorrent 1.8.4.0 | Comcast Cable |
| Doe 50 | 24.23.54.197 | 9/12/09 11 04:17 AM | æTorrent 1.8.4.0 | Comcast Cable |
| Doe 51 | 69.143.35.30 | 8/12/09 01 34.59 AM | Azureus 4 3.0 4 | Comcast Cable |
| Doe 52 | 98.250.88.230 | 2/12/09 12.16:51 AM | æTorrent 1.8.4.0 | Comcast Cable |
| Doe 53 | 66 229.220.100 | 11/25/09 04:56:24 AM | æTorrent 1 8.5.0 | Comcast Cable |
| Doe 54 | 98 246 179 101 | 11/25/09 02'14.18 AM | Transmission 1.7.6 0 | Comcast Cable |
| Doe 55 | 76.119.72 114 | 11/22/09 01:50 03 AM | æTorrent 1.8.4.0 | Comcast Cable |
| Doe 56 | 98 238.180.137 | 11/21/09 03:35:23 AM | æTorrent 1.8.3.0 | Comcast Cable |
| Doe 57 | 24.5.81 100 | 11/21/09 03:29 30 AM | æTorrent 1.8 4 0 | Comcast Cable |
| Doe 58 | 98.222.112.40 | 11/21/09 01:11:02 PM | BitLord 1.01 | Comcast Cable |
| Doe 59 | 24.147.210.84 | 11/19/09 04:42.59 AM | Azureus 2.4.0.0 | Comcast Cable |
| Doe 60 | 69.143.35.30 | 11/18/09 08:10:02 AM | Azureus 4.3.0.0 | Comcast Cable |
| Doe 61 | 98.242.136.44 | 11/18/09 01'26:05 PM | æTorrent 1.8.4.0 | Comcast Cable |
| Doe 62 | 98.217.242.81 | 11/18/09 06:21:48 PM | Azureus 2.4.0.0 | Comcast Cable |
| Doe 63 | 71.231.74.214 | 11/16/09 04:37:35 PM | BitTorrent 6.2.0 | Comcast Cable |
| Doe 64 | 98.203.140.240 | 11/15/09 09:44:11 AM | æTorrent 1.8.4.0 | Comcast Cable |
| Doe 65 | 67.163.92.84 | 11/15/09 01:09:37 AM | Azureus 2.4.0.0 | Comcast Cable |
| Doe 66 | 69.143.35.30 | 11/14/09 08:21:31 AM | Azureus 4.2.0.8 | Comcast Cable |
| Doe 67 | 98.243.92.187 | 11/13/09 12:52:25 AM | Azureus 4.2.0.8 | Comcast Cable |
| Doe 68 | 98.226.92.177 | 11/13/09 12:44:21 AM | BitTorrent 6.2.0 | Comcast Cable |
| Doe 69 | 76.119.72 114 | 11/13/09 12:45:45 AM | æTorrent 1.8.1.0 | Comcast Cable |
| Doe 70 | 24.7 41 158 | 11/13/09 06:07:20 AM | æTorrent 1.8 4 0 | Comcast Cable |
| Doe 71 | 98.243.92.187 | 11/13/09 06:02.25 AM | Azureus 4.3.0.0 | Comcast Cable |
| Doe 72 | 68.43.168.73 | 11/13/09 12:29.02 PM | æTorrent 1.8 4 0 | Comcast Cable |
| Doe 73 | 68.56.209.204 | 12/11/09 05:00:15 AM | æTorrent 1.8.3.0 | Comcast Cable |
| Doe 74 | 98.243.92.187 | 11/11/09 12:46'22 AM | Azureus 4.2.0.8 | Comcast Cable |
| Doe 75 | 69.143.35.30 | 11/11/09 12:58'06 AM | Azureus 4.2.0.8 | Comcast Cable |
| Doe 76 | 76.119 72.114 | 11/11/09 01'01.34 AM | æTorrent 1 8 1.0 | Comcast Cable |
| Doe 77 | 98.248 137.77 | 11/11/09 04 43.08 AM | æTorrent 1 8 4.0 | Comcast Cable |
| Doe 78 | 24.126.159.148 | 11/11/09 05:45:24 AM | BitTorrent 6.3.0 | Comcast Cable |
| Doe 79 | 98.212.81.249 | 11/11/09 09:49:11 AM | æTorrent 1 8.4.0 | Comcast Cable |
| Doe 80 | 98.212.103.108 | 11/11/09 03:23:25 PM | BitTorrent 6.1.2 | Comcast Cable |
| Doe 81 | 76.107.131.239 | 11/11/09 03:29:07 PM | BitLord 1.01 | Comcast Cable |
| Doe 82 | 98.226.92.177 | 10/11/09 07:49:50 PM | BitTorrent 6.2.0 | Comcast Cable |
| Doe 83 | 67.174.116.217 | 12/17/09 12:00:16 AM | æTorrent 1.8.4.0 | Comcast Cable |