IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

G2 PRODUCTIONS, LLC.,

                Plaintiff,

v.

JOHN DOES 1 – 83

                Defendants.

Case No. 1:10-cv-00041-CKK

*[Handwritten note: Leave to file granted. Judge CKK - Kotelly May 21, 2010]*

## MOTION FOR LEAVE TO FILE MOTION, TO APPEAR PRO SE AND TO PROCEED ANNONYMOUSLY

John Doe hereby requests this Court grant him leave to file this motion as well as his motion to quash, allow him to appear pro se, and allow him to proceed under the pseudonym of "John Doe." Good cause exists to quash a subpoena issued in this case seeking John Doe's information, and a motion has been filed to that effect. John Doe has also provided his contact information to the Court.

THERFORE, John Doe requests he be allowed to appear pro se, he be granted leave to file a motion to quash the subpoena, and that he be allowed to proceed under the pseudonym "John Doe."

Respectfully Submitted

Date 5/14/2010

Signed ___/s/ John Doe___
        John Doe

**RECEIVED**

MAY 17 2010

Clerk, U.S. District and
Bankruptcy Courts