IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| G2 PRODUCTIONS, LLC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:10-cv-00041-CKK |
| JOHN DOES 1 – 83 | ) ) ) |
| Defendants. | ) ) |

## MOTION TO QUASH SUBPOENA

John Doe hereby requests this Court quash a subpoena issued to SBC Internet Services/AT&T ("SBC") on March 29, 2010 and requests that John Doe's information not be released to the Plaintiff.

The subpoena, attached as Exhibit A, was issued to find the identifying information of the 83 defendants listed in Plaintiff's Complaint pursuant to the Court's discovery order of January 21, 2010. That discovery was explicitly limited to determining the identities of the 83 defendants listed in the Complaint. The Complaint lists 83 IP Addresses the Plaintiff alleged illegally downloaded its movie, Uncross the Stars. The subpoena served on SBC lists an IP address not listed in the complaint that SBC says is associated with John Doe's internet account. John Doe was notified that his information would be turned over to the Plaintiff in a letter from SBC dated May 3, 2010 (attached as Exhibit B). SBC advised John Doe to file a motion to quash if he didn't want his information revealed.

The IP address identified by Plaintiff in its subpoena is not listed in the original complaint and thus is outside the scope of discovery. The Court ruled in an Order dated April 12, 2010 that a Jane Doe's Motion to Quash be granted because her IP address was not listed in

the complaint. Plaintiff has not issued a new subpoena since the order of April 12. The subpoena at issue for John Doe was issued March 29, 2010 under the Court's January 21 Order and thus is limited in its discovery to the 83 defendants listed in the original complaint. John Doe's information is outside the scope of that discovery.

Plaintiff has since amended its complaint to add the IP address alleged to be John Doe's. However, it did not seek a new subpoena and instead it continues to rely on the subpoena issued under the original complaint, thus, the subpoena should be quashed.

THERFORE, John Doe requests the motion to quash be granted because the IP address listed with the subpoena does not match any IP address in the original complaint.

Respectfully Submitted

Date 5/14/2010

Signed _____*John Doe*_____
         John Doe

Copy faxed to SBC Internet Services, Attn: Rhonda Compton
707-435-6409 (fax)
210-351-5129 (phone)

AO 88B (Rev 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| G2 PRODUCTIONS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10-cv-00041-CKK |
| DOES 1 – 83 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: SBC Internet Services, Attn: Rhonda Compton, 1010 N. St. Mary's St., Room 315-A2
San Antonio, TX 78215, support@sbcglobal.net, Fax 707-435-6409

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the order in this case, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet (paper and electronic formats). Let us know the preferred format to provide data - we will provide data in the most efficient and cost effective format.

| Place: Thomas M. Dunlap, Dunlap, Grubb & Weaver, PLLC, 199 Liberty St. SW, Leesburg, VA 20175, Tel: 202-230-7985, Fax: 202-318-0242 | Date and Time: 05/17/2010 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: ___03/29/2010___

*CLERK OF COURT*

OR _____
_____        _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Plaintiff___
G2 PRODUCTIONS, LLC _____, who issues or requests this subpoena, are:
Thomas M. Dunlap, Dunlap, Grubb & Weaver, PLLC, 199 Liberty St. SW, Leesburg, VA 20175,
Tel: 703-777-7319, Fax. 703-777-3656



F3_ATT&T_Uncross the Stars_(148-195)

| Doe | Host IP address | Hit Date (UTC) | Related Title | ISP |
|---|---|---|---|---|
| 148 | 99.20.81.220 | 11/10/09 07:47:10 PM | Uncross the Stars | SBC Internet Services |
| 149 | 69.230.181.44 | 11/10/09 09:03:59 PM | Uncross the Stars | SBC Internet Services |
| 150 | 99.8.53.88 | 11/10/09 09:38:37 PM | Uncross the Stars | SBC Internet Services |
| 151 | 76.229.120.81 | 11/10/09 10:47:08 PM | Uncross the Stars | SBC Internet Services |
| 152 | 69.232.65.124 | 11/11/09 12:03:45 AM | Uncross the Stars | SBC Internet Services |
| 153 | 69.210.38.76 | 11/11/09 02:00:44 AM | Uncross the Stars | SBC Internet Services |
| 154 | 76.193.183.216 | 11/11/09 02:23:24 AM | Uncross the Stars | SBC Internet Services |
| 155 | 99.133.184.234 | 11/11/09 03:39:50 AM | Uncross the Stars | SBC Internet Services |
| 156 | 71.128.199.71 | 11/11/09 06:52:27 AM | Uncross the Stars | SBC Internet Services |
| 157 | 76.198.244.75 | 11/11/09 02:02:35 PM | Uncross the Stars | SBC Internet Services |
| 158 | 76.226.70.20 | 11/11/09 02:47:22 PM | Uncross the Stars | SBC Internet Services |
| 159 | 99.151.73.35 | 11/12/09 12:40:37 AM | Uncross the Stars | SBC Internet Services |
| 160 | 99.24.206.65 | 11/12/09 02:25:29 AM | Uncross the Stars | SBC Internet Services |
| 161 | 99.17.238.148 | 11/13/09 12:50:18 AM | Uncross the Stars | SBC Internet Services |
| 162 | 76.218.75.120 | 11/13/09 03:03:15 AM | Uncross the Stars | SBC Internet Services |
| 163 | 76.201.74.127 | 11/13/09 09:16:38 AM | Uncross the Stars | SBC Internet Services |
| 164 | 70.226.214.114 | 11/14/09 06:49:32 PM | Uncross the Stars | SBC Internet Services |
| 165 | 69.212.38.40 | 11/15/09 06:53:31 AM | Uncross the Stars | SBC Internet Services |
| 166 | 75.45.227.224 | 11/16/09 12:12:45 AM | Uncross the Stars | SBC Internet Services |
| 167 | 75.54.118.223 | 11/16/09 06:54:13 AM | Uncross the Stars | SBC Internet Services |
| 168 | 75.45.235.233 | 11/17/09 09:00:23 PM | Uncross the Stars | SBC Internet Services |
| 169 | 99.157.202.150 | 11/18/09 12:02:33 AM | Uncross the Stars | SBC Internet Services |
| 170 | 99.56.10.179 | 11/19/09 12:00:50 AM | Uncross the Stars | SBC Internet Services |
| 171 | 99.145.160.198 | 11/19/09 12:04:57 AM | Uncross the Stars | SBC Internet Services |
| 172 | 70.242.129.221 | 11/19/09 12:06:14 AM | Uncross the Stars | SBC Internet Services |
| 173 | 68.127.83.25 | 11/19/09 09:34:01 PM | Uncross the Stars | SBC Internet Services |
| 174 | 99.151.40.46 | 11/21/09 12:45:47 AM | Uncross the Stars | SBC Internet Services |
| 175 | 76.229.159.244 | 11/22/09 01:56:24 AM | Uncross the Stars | SBC Internet Services |
| 176 | 64.216.48.76 | 11/22/09 05:42:50 AM | Uncross the Stars | SBC Internet Services |
| 177 | 69.149.225.17 | 11/23/09 09:47:51 AM | Uncross the Stars | SBC Internet Services |
| 178 | 75.46.92.222 | 11/24/09 12:32:58 AM | Uncross the Stars | SBC Internet Services |
| 179 | 99.21.169.94 | 11/25/09 01:07:58 AM | Uncross the Stars | SBC Internet Services |
| 180 | 70.231.225.62 | 11/29/09 07:25:35 PM | Uncross the Stars | SBC Internet Services |
| 181 | 75.46.71.88 | 11/30/09 05:19:12 AM | Uncross the Stars | SBC Internet Services |
| 182 | 99.88.143.134 | 12/5/09 04:20:30 PM | Uncross the Stars | SBC Internet Services |
| 183 | 76.241.99.46 | 12/6/09 12:47:02 AM | Uncross the Stars | SBC Internet Services |
| 184 | 99.157.174.251 | 12/6/09 06:26:40 AM | Uncross the Stars | SBC Internet Services |
| 185 | 70.231.254.221 | 12/6/09 07:18:27 AM | Uncross the Stars | SBC Internet Services |
| 186 | 99.31.159.148 | 12/8/09 12:12:28 AM | Uncross the Stars | SBC Internet Services |
| 187 | 71.154.207.45 | 12/13/09 11:22:20 AM | Uncross the Stars | SBC Internet Services |
| 188 | 76.205.242.67 | 12/14/09 12:02:02 AM | Uncross the Stars | SBC Internet Services |
| 189 | 76.212.13.127 | 12/14/09 12:26:36 AM | Uncross the Stars | SBC Internet Services |
| 190 | 68.127.165.81 | 12/15/09 01:42:29 AM | Uncross the Stars | SBC Internet Services |
| 191 | 99.32.163.66 | 12/15/09 05:42:52 PM | Uncross the Stars | SBC Internet Services |
| 192 | 71.128.194.172 | 12/17/09 02:07:23 AM | Uncross the Stars | SBC Internet Services |
| 193 | 99.60.111.103 | 12/17/09 08:32:32 PM | Uncross the Stars | SBC Internet Services |
| 194 | 99.14.134.114 | 12/18/09 02:57:05 PM | Uncross the Stars | SBC Internet Services |
| 195 | 76.198.252.39 | 12/23/09 03:28:28 PM | Uncross the Stars | SBC Internet Services |

 **at&t**  AT&T Internet Services   T 210 351 3216
Legal Compliance Dept   F 707 435 6409
1010 N St Mary's St,
Ste 315-A2
San Antonio, TX 78215

*VIA EMAIL*

May 3, 2010

    Re:    Subpoena from the U.S. District Court District of Columbia
              *G2 Productions, LLC vs. Does 1-83*, Case No. 1:10-cv-00041-CKK

Dear Customer:

AT&T Internet Services *(formerly known as SBC Internet Services)* (AT&T) received the attached subpoena in conjunction with the above-referenced lawsuit (the "Lawsuit"). The subpoena orders AT&T to produce the names, addresses, telephone numbers, and email addresses of subscribers whose accounts are associated with the specific Internet Protocol (IP) addresses listed in the subpoena. Your account has been linked to one or more of the IP addresses, dates and times listed in the attached subpoena. Once AT&T discloses the account information, your identity will be known to the plaintiffs.

Unless a motion to quash, motion for a protective order, or other relevant motion is filed in accordance with applicable law, AT&T Internet Services is required by law to disclose the requested information  You must file any motion directly with the Court. Delivering a motion or objection to AT&T alone *will not* relieve AT&T of its obligation to turn over the requested information.

If you choose to file such a motion, you should file it with the Court before the deadline for our response, which the parties have agreed to be May 17, 2010, and serve a copy of it on both AT&T Internet Services (at the address or fax number above) and the attorney who issued the subpoena (see below). **AT&T Internet Services must <u>receive</u> a copy of any such motion at the address or fax number above <u>prior</u> to May 17, 2010.**

This subpoena was not initiated by AT&T Internet Services. It was issued by the attorney for the plaintiffs in the Lawsuit. Questions about the subpoena should be directed to their counsel:

    Thomas M. Dunlap, Esq.
    Dunlap, Grubb & Weaver, PLLC
    199 Liberty St. S.W.
    Leesburg, VA 20175
    Telephone: 202.230.7985
    Fax: 202.318.0242

*AT&T does not represent you in this matter and is not able to provide legal advice. If you require legal advice, please contact an attorney.*

The Lawsuit is on file with the Court and contains claims against the unknown defendants for alleged copyright infringement; specifically, using an online media distribution system (e.g. peer-to-peer file sharing software) to download or make available copyrighted motion pictures without authorization

**EXHIBIT B**

2

For more information about these types of claims, you might visit one of the following sites:

The FAQs in the AT&T help site: http://help.sbcglobal.net/article.php?item=5238

These sites are not affiliated with AT&T Internet Services:

Electronic Frontier Foundation: http://www.eff.org
Subpoena Defense Alliance: http://www.subpoenadefense.org/

Finally, please also be advised that copyright infringement is a violation of your AT&T Terms of Service and Acceptable Use Policies. Should such claims be substantiated, AT&T may suspend or terminate your account.

Thank you,

AT&T Internet Services

Encl.

2