UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| G2 PRODUCTIONS, LLC,      ) | |
|                           ) | |
|    Plaintiff,             ) | |
|                           ) | |
| v.                        ) | CA. 1:10-cv-00041-CKK |
|                           ) | |
| DOES 1 – 195              ) | |
|                           ) | **Next Deadline:** August 10, 2010 [Plaintiff |
|    Defendants.            ) | shall serve defendants] |
|                           ) | |

### PLAINTIFF'S STATUS REPORT RE: SERVICE ON DEFENDANTS

Plaintiff submits this statement regarding the status of service on Defendants pursuant to the court's minute order of May 17, 2010.

To briefly remind the court, Plaintiff has identified certain Defendants who have unlawfully copied and distributed Plaintiff's motion picture, *"Uncross the Stars"* (the "Movie"), over the Internet.  Plaintiff's complaint was filed on January 11, 2010 and named Does 1-83 as Defendants. [Doc. No. 1][1] At the time of filing its Complaint, Plaintiff was only been able to identify the Doe Defendants by their Internet Protocol ("IP") and the date and time of alleged infringement.

On January 21, 2010, the court granted Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference. [Doc. Nos. 4-6]  Pursuant to that order, Plaintiff served various non-party Internet Service Providers ("ISPs") with subpoenas to identify the Doe Defendants.

---

[1] Plaintiff's First Amended Complaint was filed on April 23, 2010 and named Does 1-195 as Defendants. [Doc. Nos. 6-7]

1

On May 7, 2010, Plaintiff submitted its statement regarding service on Defendants and requested additional time to name and serve the Defendants pursuant to the Federal Rules of Civil Procedure Rule 4(m), as Plaintiff had not received all of the information from the ISPs to identify the Defendants.  [Doc. No. 19]  On May 17, 2010 the court granted Plaintiff's request, reset Plaintiff's deadline to serve Defendants to August 10, 2010, and ordered Plaintiff to file a status report by July 12, 2010.

Plaintiff has now received production responsive to the subpoenas Plaintiff issued on the ISPs.  Plaintiff is continuing its due diligence in ascertaining the identities of the Doe Defendants and the merits of Plaintiff's case against each Doe Defendant.  Therefore, Plaintiff will name and serve any Doe Defendant it plans on pursuing in this case and will dismiss, without prejudice, those Doe Defendants Plaintiff will not pursue by the court's deadline of August 10, 2010.

        Respectfully submitted,
        G2 PRODUCTIONS, LLC

**DATED**:  July 12, 2010

By:    /s/ Thomas M. Dunlap
        Thomas M. Dunlap (D.C. Bar # 471319)
        Nicholas A. Kurtz (D.C. Bar # 980091)
        DUNLAP, GRUBB & WEAVER, PLLC
        1200 G Street, NW Suite 800
        Washington, DC 20005
        Telephone: 202-316-8558
        Facsimile: 202-318-0242
        tdunlap@dglegal.com
        nkurtz@dglegal.com
        *Attorney for the Plaintiff*