**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| G2 PRODUCTIONS, LLC,       ) | |
| )  | |
| Plaintiff,                ) | |
| )  | |
| v.                            ) | CA. 1:10-cv-00041-CKK |
| )  | |
| DOES 1 – 195              ) | |
| )  | |
| Defendants.               ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(i)]

Pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff hereby gives notice of dismissal without prejudice, with such notice being made before any opposing party served either an answer or a motion for summary judgment.

                          Respectfully submitted,
                          G2 PRODUCTIONS, LLC

**DATED**:  August 9, 2010

                By:    /s/ Thomas M. Dunlap
                            Thomas M. Dunlap (D.C. Bar # 471319)
                            Nicholas A. Kurtz (D.C. Bar # 980091)
                            DUNLAP, GRUBB & WEAVER, PLLC
                            1200 G Street, NW Suite 800
                            Washington, DC 20005
                            Telephone: 202-316-8558
                            Facsimile: 202-318-0242
                            tdunlap@dglegal.com
                            nkurtz@dglegal.com
                            *Attorney for the Plaintiff*